# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 25, 2001

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** KENNETH F. RIPPLE, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

**No.** 00-3895    **v.**

LITTO PEREZ,
    *Defendant-Appellant*.

Appeal from the United
States District Court
for the Northern
District of Illinois,
Eastern Division.

No. 00 CR 301
Milton I. Shadur,
*Judge*.

**Order**

The opinion of this court dated April 16, 2001 is amended as follows: Page 2, first full paragraph, line 4, the cite should be "65 Fed. Reg. 66,792 (Nov. 7, 2000)."